IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action File No.: 7:21-cv-00169-D

JANE DOE, JILL DOE, by her parents and next friends, JOHN DOE and wife, SALLY DOE, and JANE ROE,

    Plaintiffs,

v.

CAPE FEAR ACADEMY, INC.,

    Defendant.

Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Defendant Cape Fear Academy, Inc. makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    [ ]    YES               [ X ]    NO

2. Does party have any parent corporations?

    [ ]    YES               [ X ]    NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    [ ]    YES               [ X ]    NO

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

[ ] YES [ X ] NO

If yes, identify entity and nature of interest:

5. Is party a trade association?

[ ] YES [ X ] NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A

This, the 3rd day of December, 2021.

CRANFILL SUMNER LLP

/s/Patrick M. Mincey
PATRICK M. MINCEY
N.C. Bar No. 38372
ZACHARY C. BOLITHO
N.C. Bar No. 51808
STEPHEN J. BELL
N.C. Bar No. 44211
101 N. 3rd Street, Suite 400
Wilmington, NC 28401
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
E-mail: pmincey@cshlaw.com
zbolitho@cshlaw.com
sbell@cshlaw.com
*Counsel for Defendant*

Certificate of Service

I hereby certify that I electronically filed the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION with the Clerk of Court using the CM/ECF system, which will send notifications to each said party addressed as follows:

Gary K. Shipman
Kevin L. Littlejohn, II
Shipman & Wright, L.L.P.
575 Military Cutoff Road, Suite 106
Wilmington, NC 28405
gshipman@shipmanlaw.com
klittlejohn@shipmanlaw.com
*Counsel for Plaintiffs*

This, the 3rd day of December, 2021.

    CRANFILL SUMNER LLP

    /s/Patrick M. Mincey
    PATRICK M. MINCEY
    N.C. Bar No. 38372
    ZACHARY C. BOLITHO
    N.C. Bar No. 51808
    STEPHEN J. BELL
    N.C. Bar No. 44211
    101 N. 3rd Street, Suite 400
    Wilmington, NC 28401
    Telephone: (910) 777-6000
    Facsimile: (910) 777-6111
    E-mail: pmincey@cshlaw.com
           zbolitho@cshlaw.com
           sbell@cshlaw.com
    *Counsel for Defendant*