IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-cv-00169-D

| | |
|---|---|
| ELIZABETH KARANIK, CHARLOTTE KARANIK, by her parents and next friends, JOHN KARANIK and wife KIMBERLY KARANIK, and NATALIE PRESSLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE FEAR ACADEMY, INC.,<br><br>Defendant. | **Defendant's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Amended Complaint for Failure to State a Claim** |

Defendant Cape Fear Academy, Inc. respectfully files this Motion to Dismiss Amended Complaint under Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 15(a)(3). For the reasons set forth in the accompanying memorandum in support, Defendant respectfully requests that this matter be dismissed with prejudice for failure to state a claim upon which relief can be granted.

This, the 10th day of January 2022.

Respectfully submitted,

CRANFILL SUMNER LLP

/s/Patrick M. Mincey
PATRICK M. MINCEY
N.C. Bar No. 38372
ZACHARY C. BOLITHO
N.C. Bar No. 51808
STEPHEN J. BELL
N.C. Bar No. 44211
101 N. 3rd Street, Suite 400
Wilmington, NC 28401
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
E-mail: pmincey@cshlaw.com
zbolitho@cshlaw.com
sbell@cshlaw.com
*Counsel for Defendant*

## Certificate of Service

I hereby certify that I electronically filed the foregoing **Motion to Dismiss Amended Complaint** with the Clerk of Court using the CM/ECF system, which will send notifications to each said party addressed as follows:

Gary K. Shipman
James T. Moore
Shipman & Wright, L.L.P.
575 Military Cutoff Road, Suite 106
Wilmington, NC 28405
gshipman@shipmanlaw.com
jmoore@shipmanlaw.com
*Counsel for Plaintiffs*

This, the 10th day of January, 2022.

    CRANFILL SUMNER LLP

    /s/Patrick M. Mincey
    PATRICK M. MINCEY
    N.C. Bar No. 38372
    *Counsel for Defendant*