FILED: November 29, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-2221

(7:21-cv-00169-D)

_____

ELIZABETH KARANIK; CHARLOTTE KARANIK, by her parents and next friends; JOHN KARANIK; KIMBERLY KARANIK; NATALIE PRESSLEY

    Plaintiffs - Appellees

v.

CAPE FEAR ACADEMY, INC.

    Defendant - Appellant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
|---|---|
| Originating Case Number | 7:21-cv-00169-D |
| Date notice of appeal filed in originating court: | 11/29/2022 |
| Appellant(s) | Cape Fear Academy, Inc. |
| Appellate Case Number | 22-2221 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |