IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:21-CV-000169-D

| | |
|---|---|
| ELIZABETH KARANIK, CHARLOTTE KARANICK, by and through her parents and next friends, JOHN KARANIK and wife, KIMBERLY KARANIK, and NATALIE PRESSLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE FEAR ACADEMY, INC.,<br><br>Defendants. | **STIPULATED DISMISSAL OF THE CLAIMS FILED BY PLAINTIFF, NATALIE PRESSLEY ONLY** |

COME NOW, Plaintiff Natalie Pressley and Defendant Cape Fear Academy, Inc., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of all claims filed in this action by Plaintiff, Natalie Pressley, with prejudice, with the parties bearing their own costs and expenses, including attorney's fees. This dismissal has no bearing on the claims filed by the Plaintiffs Elizabeth Karanik and Charlotte Karanik, by and through her parents and next friends, John Karanik and wife, Kimberly Karanik, which still remain pending.

[Signature page to follow]

Respectfully submitted this the 27th day of December, 2022.

                        **SHIPMAN & WRIGHT, LLP**
                        *Attorneys for the Plaintiff*

By:   *s/ James T. Moore*
        **JAMES T. MOORE**
        N.C. State Bar No.: 38377
        Email: jmoore@shipmanlaw.com
        575 Military Cutoff Road, Suite 106
        Wilmington, N.C. 28405
        Telephone: (910) 762-1990

        **CRANFILL SUMNER, LLP**
        *Attorneys for the Defendant*

By:   *s/ Stephen J. Bell*
        **STEPHEN J. BELL**
        N.C. State Bar No.: 44211
        Email: sbell@cshlaw.com
        101 N. 3rd Street, Suite 400
        Wilmington, NC 28401
        Telephone: (910) 777-6000
        Facsimile: (910) 777-6111

-2-
Case 7:21-cv-00169-D   Document 54   Filed 12/27/22   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Stipulated Dismissal of the Claims Filed by Plaintiff Natalie Pressley Only with the Clerk of the Court using CM/ECF system, which will automatically send notification of such filing to the following CM/ECF participants:

Stephen J. Bell
Patrick M. Mincey
Zachary C. Bolitho
CRANFILL SUMNER, LLP
101 N. 3rd Street, Suite 400
Wilmington, NC 28401
Email: sbell@cshlaw.com
Email: pmincey@cshlaw.com
Email: zbolitho@cshlaw.com
*Attorneys for Defendant*

This the 27th day of December, 2022.

                                      **SHIPMAN & WRIGHT, LLP**
                                      *Attorneys for Plaintiffs*

                        By:    *s/ James T. Moore*
                                   **JAMES T. MOORE**
                                    N.C. State Bar No.: 38377
                                    575 Military Cutoff Road, Suite 106
                                    Wilmington, NC 28405
                                    Telephone: (910) 762-1990
                                    Facsimile: (910) 762-6752
                                    Email: jmoore@shipmanlaw.com