IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-00169-D

**Elizabeth Karanik, et al.,**

    Plaintiffs,

v.

**Cape Fear Academy, Inc.,**

    Defendant.

**Order**

This matter is before the Defendant's motion to seal. D.E. 64. It asks the court to seal portions of two submissions related to its motion for sanctions: its supporting memorandum (D.E. 62) and the declaration of Vince Eisinger (D.E. 65).

Defendant asserts that these documents contain information that must be shielded under the Health Insurance Portability and Accountability Act and the Family Educational Rights and Privacy Act. Plaintiffs do not oppose sealing these documents.

For good cause shown, the court grants the motion to seal (D.E. 64). The Clerk of Court shall seal Docket Entries 62 and 65.

Within 10 days, Defendant shall file redacted copies of its supporting memorandum (D.E. 62) and Eisinger's declaration (D.E. 65) that remove the information they seek to shield from public disclosure under HIPAA and FERPA.

Dated: March 24, 2023.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE