IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-cv-00169-D

| | |
|---|---|
| ELIZABETH KARANIK, CHARLOTTE KARANIK, by her parents and next friends, JOHN KARANIK and wife KIMBERLY KARANIK,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE FEAR ACADEMY, INC.,<br><br>Defendant. | **ORDER** |

This matter is before the Court on Plaintiffs' Consent Motion to Substitute Charlotte Karanik as Plaintiff and amend the case caption in this matter. It appearing to the Court that Charlotte Karanik is no longer a minor, and that next friends, John Karanik and Kimberly Karanik, no longer have standing to prosecute this action on behalf of Charlotte Karanik,

IT IS ORDERED that Charlotte Karanik is hereby substituted as Plaintiff in this matter and that the substitution shall be hereafter shown in the caption of this litigation, and

IT IS FURTHER ORDERED that John Karanik and Kimberly Karanik are removed as the next friends of Charlotte Karanik. All future filings shall reflect this change.

SO ORDERED. This _2_ day of May, 2023.

JAMES C. DEVER III
United States District Judge